| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | NIRAV K. DESAI |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2716 |

**FILED**

JUL 03 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:14-CR-0179 MCE |
| Plaintiff, | ) |
| v. | ) ORDER TO SEAL |
| MARVIN ORLANDO MOLINERO-GUTIERREZ, | ) (UNDER SEAL) |
| aka Marvin Orlando Molinero, | ) |
| Defendant. | ) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Nirav Desai to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: 7/3/14

/s/ Signature on file w/AUSA NKD
_Dale A. Drozd_
HON. ~~ALLISON CLAIRE~~ Dale A. Drozd
United States Magistrate Judge

Petition to Seal Indictment and [Proposed] Order

3