HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
MARVIN MOLINERO-GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:14-CR-00179 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING, AND TO EXCLUDE TIME |
| vs. | |
| MARVIN MOLINERO-GUTIERREZ, | Date: June 25, 2015 |
| | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Marvin Molinero-Gutierrez, that the change of plea hearing scheduled for June 25, 2015 be vacated and be continued to July 16, 2015 at 9:00 a.m.

The grounds for continuance are that Defense counsel just received documents and recordings from Mr. Molinero's immigration court proceedings and needs time to review them.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of this order's date through and including July 16, 2015;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

*Stipulation and Order to Continue Change of Plea Hearing*

1    DATED: June 23, 2015                    Respectfully submitted,
                                             HEATHER E. WILLIAMS
2                                            Federal Defender

3                                            /s/ Sean Riordan
4                                            SEAN RIORDAN
                                             Assistant Federal Defender
5                                            Attorney for Marvin Molinero-Gutierrez

6    DATED: June 23, 2015                    BENJAMIN B. WAGNER
                                             United States Attorney
7

8                                            /s/ by Sean Riordan with consent
                                             KATHERINE LYDON
9                                            Assistant U.S. Attorney
                                             Attorney for Plaintiff
10

11

12                              ORDER

13          IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

14   stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

15   its order. The Court specifically finds the failure to grant a continuance in this case would deny

16   counsel reasonable time necessary for effective preparation, taking into account the exercise of

17   due diligence.  The Court finds the ends of justice are served by granting the requested

18   continuance and outweigh the best interests of the public and defendant in a speedy trial.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

*Stipulation and Order to Continue Change of Plea Hearing*

1    The Court orders the time from the date the parties stipulated, up to and including July

2    16, 2015, shall be excluded from computation of time within which the trial of this case must be

3    commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv)

4    [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further

5    ordered the June 25, 2015 change of plea hearing shall be continued until July 16, 2015, at 9:00

6    a.m.

7    IT IS SO ORDERED.

8    Dated:  June 29, 2015

9

10   _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE

11   UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Stipulation and Order to Continue Change of Plea Hearing*