HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
MARVIN MOLINERO-GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:14-CR-00179 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING, AND TO EXCLUDE TIME |
| vs. | |
| MARVIN MOLINERO-GUTIERREZ, | Date: July 16, 2015<br>Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Marvin Molinero-Gutierrez, that the change of plea hearing scheduled for July 16, 2015 be vacated and be continued to August 20, 2015 at 9:00 a.m.

The reason for continuance is to allow the defense time to obtain information and documents from third-parties, which information and documents are necessary to understand the Defendant's legal position and options.

///

///

///

///

///

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of this order's date through and including August 20, 2015; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: July 13, 2015                Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

                                    */s/ Sean Riordan*
                                    SEAN RIORDAN
                                    Assistant Federal Defender
                                    Attorney for Marvin Molinero-Gutierrez

DATED: July 13, 2015                BENJAMIN B. WAGNER
                                    United States Attorney

                                    */s/ by Sean Riordan with consent*
                                    KATHERINE LYDON
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

///

///

///

///

1  The Court orders the time from the date the parties stipulated, up to and including August 20, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4).  **It is further ordered** the July 16, 2015 change of plea hearing shall be continued until August 20, 2015, at 9:00 a.m.

　　　　IT IS SO ORDERED.

Dated:  July 17, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT