HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
MARVIN MOLINERO-GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:14-CR-00179 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME |
| vs. | |
| MARVIN MOLINERO-GUTIERREZ, | Date: November 12, 2015 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Marvin Molinero-Gutierrez, that the status conference scheduled for November 12, 2015 be vacated and be continued to December 17, 2015 at 9:00 a.m.

The reason for continuance is to allow Defense counsel to investigate and anlyze possible defenses and to discuss those possible defenses with Mr. Molinero.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of this order's date through and including December 17, 2015;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

| | | |
|---|---|---|
| DATED: November 9, 2015 | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | */s/ Sean Riordan*<br>SEAN RIORDAN<br>Assistant Federal Defender<br>Attorney for Marvin Molinero-Gutierrez |
| DATED: November 9, 2015 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | | */s/ by Sean Riordan with consent*<br>KATHERINE LYDON<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

The Court adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial. The time from the date the parties stipulated, up to and including December 17, 2015, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). The November 12, 2015 status conference is continued to December 17, 2015, at 9:00 a.m.

　　　IT IS SO ORDERED.

Dated:  November 20, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT