1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  SEAN RIORDAN, #255752
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax: 916-498-5710
   sean_riordan@fd.org
5
   Attorney for Defendant
6  MARVIN MOLINERO-GUTIERREZ

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )  Case No.  2:14-CR-00179 MCE
                                       )
11  Plaintiff,                         )  STIPULATION AND ORDER TO
                                       )  CONTINUE MOTION HEARING AND BRIEFING
12  vs.                                )  SCHEDULE, AND TO EXCLUDE TIME
                                       )
13  MARVIN MOLINERO-GUTIERREZ,         )  Date:  February 25, 2016
                                       )  Time: 9:00 a.m.
14  Defendant.                         )  Judge: Hon. Morrison C. England, Jr.
                                       )
15  _____   )

16         IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney,

17  through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather

18  Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for

19  Marvin Molinero-Gutierrez, that the motion hearing scheduled for February 25, 2016 be vacated

20  and be continued to March 10, 2016 at 9:00 a.m.

21         The reason for continuance is to allow Defense counsel additional time to prepare the

22  defense motions for filing.

23         The new briefing schedule will be as follows:

24         Defense motion due:              February 11, 2016

25         Government's opposition due:      February 25, 2016

26         Reply due:                        March 3, 2016

27         Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

28  excluded as of this order's date through and including March 10, 2016 pursuant to 18 U.S.C. §

1   3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and (h)(1)(D) [pretrial motions] and

2   Local Codes E and T4 under General Order 479, based upon continuity of counsel, defense

3   preparation, and the anticipated filing of a pretrial motion.

4

5

6   DATED: January 26, 2016                Respectfully submitted,

7                                          HEATHER E. WILLIAMS
                                           Federal Defender
8
                                           /s/ Sean Riordan
9                                          SEAN RIORDAN
                                           Assistant Federal Defender
10                                         Attorney for Marvin Molinero-Gutierrez

11

12  DATED: January 26, 2016                BENJAMIN B. WAGNER
                                           United States Attorney
13
                                           /s/ by Sean Riordan with consent
14                                         KATHERINE LYDON
                                           Assistant U.S. Attorney
15                                         Attorney for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, hereby adopts the parties' stipulation in its entirety as its order.  The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  It further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including March 10, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and (h)(1)(D) [pretrial motions] and Local Codes E and T4 under General Order 479.  It is further ordered the February 25, 2016 motion hearing shall be continued until March 10, 2016, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  February 2, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

*Stipulation and Order to Continue Hearing of Motion*