BENJAMIN B. WAGNER
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916-554-2722

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MARVIN ORLANDO MOLINERO-GUTIERREZ,<br><br>　　　　　　Defendant. | CASE NO. 2:14-CR-179 MCE<br><br>STIPULATION AND ORDER TO CONTINUE MOTION BRIEFING SCHEDULE AND EXCLUDE TIME<br><br>DATE: March 10, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate and agree that the motion to dismiss hearing be continued from March 10, 2016 at 9:00 a.m. to March 17, 2016 at 9:00 a.m. The reason for the continuance is to allow government counsel additional time to prepare the opposition for filing. The parties stipulate that the remaining briefing schedule be set as follows:

　　Government opposition due:  March 3, 2016

　　Defense reply due: March 10, 2016

Based upon the foregoing, the parties agree and stipulate, and request that the Court find and order, that the time from the date of this order up to and including March 17, 2016, is excluded from the computation of time within which this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E (delay resulting from a pretrial motion) and 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 (reasonable time to prepare). The parties agree and request the Court

specifically find that the ends of justice served by granting the requested briefing schedule and continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  February 22, 2016

BENJAMIN B. WAGNER
United States Attorney

*/s/ Katherine T. Lydon*
KATHERINE T. LYDON
Assistant United States Attorney

Dated:  February 22, 2016

*/s/ Katherine T. Lydon for Sean Riordan with permission*

SEAN RIORDAN
Counsel for Defendant
MARVIN ORLANDO
MOLINERO-GUTIERREZ

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

**ORDER**

Having received, read and considered the stipulation of the parties, and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It further orders that the time from the date of this order up to and including March 17, 2016 is excluded from the computation of time within which this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E (delay resulting from a pretrial motion), and 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 (reasonable time to prepare).  The Court specifically finds that the ends of justice served by granting the requested briefing schedule and continuance outweigh the best interests of the public and the defendant in a speedy trial.  The Court further orders that the motion hearing be set for March 17, 2016 at 9:00 in the morning. The proposed briefing schedule is adopted.

IT IS SO ORDERED.

Dated:  February 25, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT