BENJAMIN B. WAGNER
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916-554-2722

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>MARVIN ORLANDO MOLINERO-GUTIERREZ,<br><br>              Defendant. | CASE NO.  2:14-CR-179 MCE<br><br>STIPULATION AND ORDER TO CONTINUE MOTION HEARING AND EXCLUDE TIME<br><br>DATE: March 17, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate and agree that the motion to dismiss hearing be continued from March 17, 2016 at 9:00 a.m. to March 31, 2016 at 9:00 a.m.  In the interim, the parties will prepare for the motion hearing and evaluate the arguments presented in the voluminous briefing to date.

Based upon the foregoing, the parties agree and stipulate, and request that the Court find and order, that the time from the date of this order up to and including March 31, 2016, is excluded from the computation of time within which this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E (delay resulting from a pretrial motion) and 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 (reasonable time to prepare).

///

///

STIPULATION AND ORDER FOR CONTINUANCE AND
EXCLUSION OF TIME

1

The parties agree and request the Court specifically find that the ends of justice served by granting the requested continuance and exclusion of time outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  March 16, 2016

BENJAMIN B. WAGNER
United States Attorney

*/s/ Katherine T. Lydon*
KATHERINE T. LYDON
Assistant United States Attorney

Dated:  March 16, 2016

*/s/ Katherine T. Lydon for Sean Riordan with permission*

SEAN RIORDAN
Counsel for Defendant
MARVIN ORLANDO MOLINERO-GUTIERREZ

STIPULATION AND ORDER FOR CONTINUANCE AND EXCLUSION OF TIME

2

**ORDER**

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court orders that the time from the date of this order up to and including March 31, 2016 is excluded from the computation of time within which this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E (delay resulting from a pretrial motion), and 18 U.S.C. § 3161(h)(7)(A) and Local Code T4 (reasonable time to prepare). The Court specifically finds that the ends of justice served by granting the requested briefing schedule and continuance outweigh the best interests of the public and the defendant in a speedy trial. The Court further orders that the motion hearing be set for March 31, 2016 at 9:00 in the morning.

IT IS SO ORDERED.

Dated: March 17, 2016

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER FOR CONTINUANCE AND EXCLUSION OF TIME

3