HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
MARVIN MOLINERO-GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARVIN MOLINERO-GUTIERREZ,<br><br>　　　　Defendant. | Case No.  2:14-CR-00179 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME<br><br>Date: May 26, 2016<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

　　　　IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through Katherine Lydon, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Marvin Molinero-Gutierrez, that the status conference scheduled for May 26, 2016 be vacated and be continued to June 2, 2016 at10:00 a.m.

　　　　The reason for continuance is to allow defense counsel to meet and confer with Mr. Molinero-Gutierrez about the Court's recent ruling on the Motion to Dismiss (CR 43) and to discuss a possible resolution of this matter.

　　　　Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of this order's date through and including June 2, 2016;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

|  |  |
|---|---|
| DATED: May 24, 2016 | Respectfully submitted,<br><br>HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Sean Riordan*<br>SEAN RIORDAN<br>Assistant Federal Defender<br>Attorney for Marvin Molinero-Gutierrez |
| DATED: May 24, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>*/s/ Katherine Lydon*<br>KATHERINE LYDON<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

# **ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including June 2, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the May 26, 2016 status conference shall be continued until June 2 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 25, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE